FILED
October 17, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003839771

DIANA J. CAVANAUGH (S.B. #148582)
Attorney at Law
2801 Concord Blvd.
Concord, CA 94519
(925) 827-9900

Attorney for Debtor
Freddie Laray Young

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

Freddie Laray Young,

Debtor.

Bk. No. 11-42854-E-7
DC No. DJC-1
Chapter 7

<u>MOTION TO REQUIRE TRUSTEE TO ABANDON PROPERTY</u>

Hearing Date: December 1, 2011
Hearing Time: 10:30 A.M.
Department E
Place: 501 I St, Ctrm. 33, Fl.6
Sacramento, CA
Judge: Hon. Ronald H. Sargis

Comes now Freddie Laray Young, Debtor, and would move the Court for an order requiring the Chapter 7 trustee to abandon the following described property:

1. Interest in sole proprietorship, Fly Cuts and Styles, zero value; and

2. Office equipment, furnishings and supplies used in business, value of $250.00.

3. On September 22, 2011 Debtor filed this case under Chapter 13 of the Bankruptcy Code. On October 6, 2011 Debtor converted the case to Chapter 7.

1. Respondent is duly qualified Trustee of the estate of the Moving Party.

4. A party in interest may file and serve a motion requiring the trustee or debtor in possession to abandon property of the estate. United States Bankruptcy Rule 6007.

5. Debtor operates a small barber shop in Sacramento, California. The business is a sole proprietorship. The address of the business is: 6955 Stockton Blvd., Suite D, Sacramento, CA 95823.

6. Debtor's interest in this business is valued at $0 in debtor's schedules. Debtor has claimed a $1.00 exemption under C.C.P. Section 703.140(b)(5).

7. Debtor's office equipment, furnishings and supplies used in his business are valued at $250.00 in debtor's schedules. Debtor has claimed this property as fully exempt under C.C.P. Sections 703.140(b)(6) and (b)(5).

8. Debtor believes that these assets are of inconsequential value to this estate. Debtor believes that the assets, especially his business, are burdensome to the estate because debtor is operating an ongoing business.

WHEREFORE, the debtor prays for an order granting his motion to require the trustee to abandon his business known as Fly Cuts and Styles and his equipment, furnishings and supplies, and that he have such other and further relief to which he may be entitled.

Dated: October 17, 2011

_____
DIANA J. CAVANAUGH Esq.
Attorney for Debtor
Freddie Laray Young